No. 17,316.

Kersten *v.* Stone et al.
(274 P. [2d] 933)

Decided October 11, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Davis & Lutz, Mr. Leslie A. Gross, for plaintiff in error.

Mr. Robert J. Kirschwing, for defendants in error.